# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **STEPHANIE ANNE GRAY, Individually and as Administratrix of the Estate of RONALD EARL GRAY, JR., Deceased** | **JUDGMENT IN A CIVIL CASE** |
| **v.** | |
| **AETNA LIFE INSURANCE COMPANY** | **CASE NO: 11-2204-A** |

**DECISION BY COURT.**  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Granting Plaintiff's Motion For Entry Of Declaratory Judgment entered on April 13, 2012, this cause is hereby dismissed.


APPROVED:

s/ S. Thomas Anderson
UNITED STATES DISTRICT COURT

DATE: 4/27/2012

                                              THOMAS M. GOULD
                                              Clerk of Court


                                              s/Terry L. Haley
                                            (By)   Deputy Clerk